

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **05-23089-CIV-MORENO**

JOSE DENIS,

      Movant,

vs.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

THE MATTER was referred to the Honorable Andrea M. Simonton, United States Magistrate Judge for a Report and Recommendation on Jose Denis's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody **(D.E. No. 1)**, filed on **November 28, 2005**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 59)** on **March 8, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Andrea M. Simonton's Report and Recommendation **(D.E. No. 59)** on **March 8, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1) the motion to vacate, set aside, or correct sentence is DENIED; and

(2) all other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this/___ day of June, 2009.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Andrea M. Simonton

Counsel of Record

-2-